**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL McGEE, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 11 C 3482 |
| v. | ) ) | Judge Thomas M. Durkin |
| IBM CORPORATION, et al., | ) ) | Magistrate Judge Jeffrey Cole |
| Defendants. | ) ) | |

**PLAINTIFF RELATOR'S**
**MOTION TO ENFORCE ORDER (DKT #205)**

NOW COMES Plaintiff Relator, Michael McGee ("Relator"), by his undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 26, 37, and 5 U.S.C. § 552a(b)(11), hereby moves this Court to enforce its order granting Relator's motion for privacy order and directing non-party the Federal Bureau of Investigation ("FBI") to submit an order and produce documents responsive to Relator's subpoena. In support of this motion, Relator states as follows:

1. On March 7, 2017, Relator filed a Motion For Court Order Under 5 U.S.C. § 552a(b)(11) ("Motion"), seeking a court order allowing disclosure of documents that the FBI claimed were protected by the Privacy Act. (Dkt. #200-201.)

2. As detailed in the memorandum in support of the Motion, Relator issued a Subpoena to the FBI on October 7, 2016, relating to the FBI's investigation into the program at issue in this case, Project Shield. (Dkt. #201 at 5, Ex. B.) The Subpoena requested documents that were previously requested by Relator's counsel under the Freedom of Information Act (FOIA) on or about March 11, 2015. (*See id.*)

3. On March 15, 2017, the Court, Judge Thomas Durkin presiding, granted Relator's Motion and directed the parties to submit a draft order for signature (the "Order"). (Dkt. #205.)

4. Counsel for Relator contacted counsel for the FBI regarding a draft order. Counsel for the FBI informed counsel for Relator that they would draft and circulate an order when the production set was ready, but this has not occurred.

5. On May 3, 2017, counsel for Relator sent FBI's counsel a copy of the Court's Order and stated that the parties needed to take steps immediately to comply with the Court's directive to submit a draft order.

6. One of Relator's counsel, Alexander Vesselinovitch, had a telephone conversation with Joan Hyde, a counsel for the FBI on May 5, 2017. On that same date, Mr. Vesselinovitch also sent a confirming email to Ms. Hyde about this matter, attached as <u>Exhibit A</u>.

7. The deadline for fact discovery is June 9, 2017. (Dkt. #238.) As explained in its initial motion and memorandum in support, the documents Relator seeks from the FBI are relevant and important to this case—indeed, the FBI investigated the very project at the heart of this case. (*See* Dkt. # 201.)

8. Relator seeks relief from this Court so it can obtain relevant documents from the FBI before the fast-approaching discovery deadline and in advance of several depositions currently scheduled in the upcoming weeks.

9. For these reasons, Relator requests that the Court enter an order directing the FBI to submit a draft order to counsel for Relator by Wednesday, May 17, 2017, and for the parties to submit a proposed order for entry by the Court by Thursday, May 18, 2017. In addition, Relator requests that this Court order the FBI to produce responsive documents within three business days of the Court's entry of the privacy order.

WHEREFORE, for the reasons set forth here, Relator Michael McGee respectfully requests that this Court enter an order directing the FBI to comply with this Court's previous order dated March 15, 2017 (Dkt. #205) allowing disclosure of Privacy Act-protected documents by the FBI and directing the parties to submit an order for entry by the Court.

        Respectfully submitted,

        MICHAEL McGEE, Plaintiff-Relator

        By: /s/ Alexander Vesselinovitch
            One of His Attorneys

            David C. Gustman
            Steven M. Hartmann
            Alexander Vesselinovitch
            Verona M. Sandberg
            Freeborn & Peters LLP
            311 S. Wacker Drive, Suite 3000
            Chicago, IL 60606
            Telephone: (312) 360-6000
            Fax: (312) 360-6520

4

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing **Relator's Motion to Enforce Order (Dkt #205)** was served on all counsel of record and parties who have appeared through the Court's ECF System, along with counsel listed below by email service, on May 10, 2017.

Marlon A. Martinez
Assistant General Counsel
Civil Litigation Unit I
Office of General Counsel
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Room 10140
Washington, DC 20535
Marlon.Martinez@ic.fbi.gov

Joan Hyde
Counsel, Federal Bureau of Investigation
Chicago, Illinois
Joan.hyde@ic.fbi.gov

        /s/ Alexander Vesselinovitch

3889530v2/31412-0001