

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* Michael McGee, and PEOPLE OF )<br>THE STATE OF ILLINOIS *ex rel.* )<br>Michael McGee, )<br>)<br>           Plaintiffs, )<br>)<br>   v. )<br>)<br>IBM CORPORATION, JOHNSON )<br>CONTROLS INCORPORATED, )<br>WIRELESS INFORMATION )<br>TECHNOLOGIES ENTERPRISE, LLC, )<br>TECHNOLOGY ALTERNATIVES, )<br>INC., TECHALT, INC., PUBLIC )<br>SAFETY COMMUNICATIONS, INC., )<br>MWOBE CONTROLS, INC., )<br>SERVICES BY DESIGNWISE, LTD., )<br>I.T. SUITE, INC., DUDLEY )<br>DONELSON, RAYMOND M. CHIN, )<br>MICHAEL SHARES, JAMES )<br>SOLOMON, PETER LYNCH, BYRON )<br>ARTIS, CLARENCE BROWNLOW, )<br>CATHERINE MARAS O'LEARY n/k/a )<br>Catherine Maras, DANIEL COUGHLIN, )<br>JUANITA MASANEK, PAUL )<br>MASANEK, and ANTONIO HYLTON, )<br>)<br>           Defendants. ) | Case No. 1:11-cv-03482<br>Judge Thomas M. Durkin |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), Relator Michael McGee and IBM Corporation ("IBM") (collectively, the "Parties") filed with this Court in the above-captioned action a Joint Stipulation of Dismissal With Prejudice, and the United States and the State of Illinois have

consented to dismissal of this action with prejudice as to IBM and without prejudice as to the remaining defendants. Upon due consideration of the Joint Stipulation of Dismissal with Prejudice, the Court hereby approves the Parties' dismissal with prejudice as to all claims in this action.

WHEREFORE, IT IS ORDERED, that

With respect to Relator, this case is dismissed with prejudice as to all defendants.

With respect to the United States and the State of Illinois, this case is dismissed with prejudice as to IBM and without prejudice as to the remaining defendants.

This Court shall retain jurisdiction with respect to any dispute relating to the settlement of this action.

IT IS SO ORDERED this 16 day of July, 2018.

Dated: 7-16, 2018

The Honorable Thomas M. Durkin
United States District Judge